# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:15-cr-00315 |
|---|---|
| United States of America v. John Dennis Hastert | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
John Dennis Hastert

| NAME (Type or print) |
|---|
| John N. Gallo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ John N. Gallo |
| FIRM |
| Sidley Austin LLP |
| STREET ADDRESS |
| One South Dearborn |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6193988 | (312) 853-7494 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✔   APPOINTED COUNSEL ☐