UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 15 CR 315 |
| v. | ) | |
| | ) | Honorable Thomas M. Durkin |
| JOHN DENNIS HASTERT | ) | |

## ATTORNEY APPEARANCE

    Please take notice that the undersigned Assistant United States Attorney has been designated in the above case.

                                            Respectfully submitted,
                                            ZACHARY T. FARDON
                                            United States Attorney

                          By:    *s/Carrie E. Hamilton*
                                            CARRIE E. HAMILTON
                                          Assistant United States Attorney
                                          219 South Dearborn Street, 5TH Floor
                                          Chicago, Illinois 60604
                                          (312) 353-4558

June 12, 2015