*USA v. Dennis Hastert*     15 CR 315

## Recommended Sentence for Mr. Hastert

jivm   to: sandy_newland     10/28/2015 05:31 PM
Cc: jivm

| | |
|---|---|
| From: | jivm@comcast.net |
| To: | sandy_newland@ilnd.uscourts.gov |
| Cc: | jivm@comcast.net |
| History: | This message has been forwarded. |

As a retired U.S. government attorney and AF Reserve JAG officer, I am deeply offended by the light sentence(six months)jointly recommended by the prosecutor and defense attorneys in the Hastert case. Mr. Hastert knew what he was doing was wrong. Then he tried to avoid accountability by not answering truthfully to the FBI, no less. What kind of world do we create when we give a person of this stature basically a slap on the wrist?? Five years is not too much in terms of his behavior. But, certainly at least two years is required to maintain any respect for the legal system that we all
hope can render justice fairly and equally to all violators, including Mr. Hastert.
Thank your for any consideration of my concerns as a citizen and former participant in our federal system of justice.

10-28-2015
FILED
OCT 28 2015

Judge Thomas M. Durkin
United States District Court