**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                       Case No.: 1:15−cr−00315
                                            Honorable Thomas M. Durkin

John Dennis Hastert

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 30, 2015:

      MINUTE entry before the Honorable Thomas M. Durkin: The probation office is directed to disclose its sentencing recommendations to both the government and defense counsel. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.