To: Judge Thomas Durkin
US Courthouse
219 South Dearborn Street, Room 1438 (Sandy Newland)
Chicago, IL 60604

Dear Judge Durkin, 10-28-15

I am writing in regards to your sentencing of Dennis Hastert.

Too many folks at the Banks and Investment Companies who did much harm a few years ago never went to jail walking away wealthy. Here we go, again, with a Political person who became rich after they cashed in on their fame from that public office.

Dennis Hasert should **NOT** be given any special consideration. A black man who steals a banana from the supermarket out of hunger will be sentenced somewhere in America to 3 to 6 months in jail. At least, hunger is an explanation which can make sense, if the Bible means anything at all.

It's about time Judges start punishing people who really do harm. America sure seems to relish and languish in punishing the little people anytime they steal a banana. Well, then someone monkeying around with hundreds of thousands and millions of dollars deserves the exact same harsh treatment.

Make America proud and make it fair. Give Dennis Hasert the maximum sentence.

He had opportunity entrusted to him by the public. He cashed that in to become a millionaire using the fame he gained from the public office he held. Then, after all that, he still acted poorly and unlawfully.

The scale and intention of what he did demands a full sentence in jail for him.

Thank You Kindly.
Francis Stalteri
39 Sawyer Avenue, Apt. 24
Lancaster, NY 14086
716-901-0628

FRANCIS STALTERI
39 SAWYER AVE, APT. 24
LANCASTER, NY 14086

JUDGE THOMAS DURKIN
ROOM 1438 (SANDY NEWLAND)
219 SOUTH DEARBORN STREET
CHICAGO IL 60604-1702