

## Bates Noble, MD

8 Autumn Trail
Barrington Hills, Illinois 60010-8613
(224) 333 0782
bates@foxii.com

---

28 October, 2015

The Honorable Thomas M. Durkin
Chambers 1446
Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Judge Durkin:

This is an unsolicited plea for a rational sentence for Speaker Dennis Hastert.

There is little doubt that Dennis Hastert abused his position as a teacher and coach. Decades ago. I am disappointed that he was involved in such unacceptable behavior. Even though it was decades ago, it is still wrong.

I needn't remind you he was not in your Court charged for that behavior. Nonetheless, the charges that WERE brought were used to out and tarnish him FOR this decades old offense.

Legal authorities from Popehat to Alan Dershowitz have decried the use of the "money laundering" statutes to prosecute Denny. As a very non-legal but 50 year observer of the Chicago political scene, I see it as a move by a new Federal Prosecutor to hang the scalp of a big-time player on his belt. Nothing more.

I've known Denny Hastert for over thirty years through a variety of experiences. From his success as a wrestling coach, though the Governor's Council on Health and Fitness, his appointment to fill John Grotberg's seat, and finally when the Republicans desperately needed a squeaky clean guy to elect House Speaker. When my son was a West Point Cadet, he chose to work for Denny as an intern in the Speaker's Office.

Never, in all that time, did I ever find the slightest hint of impropriety in any of his many actions.

I hope and pray you'll see that the terrible price he has paid in this matter is more than enough "punishment" and will sentence him accordingly.

Thank you for your consideration.

Respectfully,

H. Bates Noble, MD