USA v Hastert

15 CR 315

FILED
NOV 17 2015
NOV 17 2015

Judge Thomas M. Durkin
United States District Court

The Honorable Thomas M. Durkin
Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Durkin,

The greatest advocate of Special Education has been attacked. The former Speaker of the U.S. House of Representatives, Denny Hastard, obtained a major block of votes to create funding for "Learning Disabilities" as a fully vetted law with a grant of $7,000,000. This grant was available to all 50 states. People celebrated from Florida to Alaska at the news.

Forty years ago, he made a terrible mistake for which he has now paid in blackmail. Revealing it would have blocked his ambition to help the poor. The poorest of the poor are those without education; there is no hope for the poor who cannot learn how to learn.

Please consider leniency during his sentencing. He has championed many important fights for the rights of disadvantaged and poor in our country.

Sincerely,

Mary A. Burckart — *Mary Agnes Burckart, M.A. in Special Education*

Kathryn Bruno — *Kathryn Bruno, Concerned citizen*