IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 15 CR 315 |
| v. | ) ) ) | Judge: Thomas M. Durkin |
| John Dennis Hastert | ) ) ) | |

**ORDER**

In camera conference held on 3/15/2016 at the Court's request to discuss defendant's submission to the Probation Office concerning his medical condition. The Court on its own motion will appoint an independent medical expert under Rule 706 of the Federal Rules of Evidence to: 1) review those submissions and; 2) provide an independent report to the Court on the defendant's medical condition. The transcript of the conference is ordered sealed as the conference dealt with records maintained by the Probation Office, which are confidential under Local Criminal Rule 32.3.
(:30)

Date:   3/15/2016                                                                           /s/ Thomas M. Durkin