15CR315

Mary Burckart    March 25, 2016
1120 Church
Glenview, IL

Judge Thomas Durkin
Dirksen Federal Building
219 S. Dearborn
Chicago, Ill

(847-729-4084)
(847-729-4084)

(burckart@ameritech.net)

Mary Agnes (Edmund) Meagan Burckart, CPS
- Twenty years at CPS; Northeastern MA, Special Edu
- Ten years in suburbs + 6 yrs. Arch and Speech 1967 1983
- Two years in Chi Park District

Classes in Northwestern
lives in North Shore

What is the valor of a man, who secretly pays for his sins, who spends his life life giving all men, the means to live a rewarding life?

Dear Judge, I want to be a witness
Dear Justice Thomas Durkin;

Please consider the great good which Denis Hastert is worthy of accomplishing. Mercy + Justice

Thank-you for reading my letter regarding an unbelievably good that former Speaker of the House Denis Hastert did for millions of school children, which still impacts children in school and adults, all who benefitted from the recognition that "Learning Disabilities" was a valid disability. "Learning Disabilities" is this if the child tests 2 years below the general population for the grade and all other excuses such as: absence from school, due to illness, tardiness, family issues, lack of opportunities to learn; are accounted for. A period of 90 school days, in which the child has a chance to improve in reading, math, problem solving, is insufficient to bring the child to grade level is given. Then a diagnostic group of : (1) A nurse, (2) Reading specialist, (3) School counselor, (4) his teacher, (5) his parents convene to review the student's history to decide his qualification Math to be considered suitable to receive an "Individual Educational Program" IEP

Denis Hastert, asked the entire U.S. House of Representatives to sign the request for $7,000,000 (seven million dollars) to fund this (Sp Edu) new division of Mental Health as of March, 1982. Spec Edu. lives!   Thank-you. MAB

3-29-2016
**FILED**
MAR 29 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



Burckart
1126 Church St.
Glenview, Il
60025-2929

Please read
Urgent Re:
Masterd case
3-28-16

Judge Thomas Durkin
Dirksen Federal Court Building
219 S. Dearborn
Chicago, Ill
60604

Highest Priority
Mail Please

Intake