# David Libby

April 12, 2016

Honorable Thomas Durkin
United States Courthouse
Clerk's Office
219 S. Dearborn Street
Chicago, IL 60604

FILED
APR 14 2016
April 14, 2016
Judge Thomas M. Durkin
United States District Court

RE: U.S. v. John Dennis Hastert 15 CR 315

Dear Judge Durkin:

I write this letter for two reasons: 1) to urge you to sentence Mr. Hastert to the fullest extent provided by the law and 2) rebut the letter sent to you by C. William Pollard, the former Chairman of Servicemaster Company which I have attached.

In my 30 years since graduating from Wheaton College I have become familiar with Mr. Hastert professionally and personally in my role as pastor and coach. While he has done many good things for his constituents his service does not mitigate his actions as there is no mitigant to child molestation. In fact I would argue that many of his actions and associations were undertaken specifically to lend credibility which was used to gain the trust of parents and children. We now know that he molested five children but have no information from the 1981 through today. I fear there might be more. Please keep in mind that Mr. Hastert's apology, through his attorney, was an apology to the court. There has not been any indication that he has apologized to victims or their families, and the apology only came when he was facing the prospect of prison, he was not compelled by conscience but only by self-interest.

The remainder of this letter serves only to illustrate that Mr. Hastert is willing to lie, is motivated by money, and participated in the facilitation of more child abuse and all for his personal gain. But more importantly these are examples from the last 7 years so I consider them to show that Mr. Hastert has not changed his ways.

Mr. Hastert has been closely associated with Wheaton College, since his graduation in 1964, and the banner of Christianity, which I am certain, made some parents feel comfortable about sending their children on overnight trips with Mr. Hastert. Mr. Pollard also graduated from Wheaton College and served as its Chairman of the Board of Trustees and the Chairman of the Advisory Board of the Hastert Center at Wheaton College.

In August of 2011 a complaint was filed in DuPage County against Wheaton College, by J. David John, (11 L 995) for releasing his student records to the mother of his child, Megan Marie Bolinder, for use in a custody dispute in Benton County, AR (2010-1327-6). Mr. John also alleged tortious interference with his business relationship with Mr. Hastert by C. William Pollard, in his role as

Chairman of the Board of the Hastert Center, in an effort to negatively affect his ability to fund litigation against Wheaton College.

Mr. Pollard met with Mr. John in January of 2011, threatened to destroy his relationship with Mr. Hastert and that was the last time Mr. John heard from Mr. Hastert. Mr. Pollard denied these allegations but, coincidentally, Mr. Hastert received a lobbying contract from Servicemaster Company only a few weeks after this meeting. To me this appears to be nothing short of a bribe. And in my opinion Mr. Pollard and Wheaton College are driven by their own interests in showing support for Mr. Hastert as he will undoubtedly be a witness in this case. Mr. Pollard made contributions to KOMPAC and Mr. Hastert over the years as well.

Mr. Hastert has also lied in the media to preserve himself. In more than one interview Mr. Hastert denied doing business with Mr. John even though his associates admitted that they were conducting business together. Since that time Mr. John filed a qui tam case (13 CV 5014) against Mr. Hastert which shows that he was undoubtedly using his publicly funded office for personal purposes. Mr. Hastert also lied about the use of this office (Office of the Former Speaker) for anything but official House of Representatives business, yet in another article defends the use of the office for work on the Hastert Center at Wheaton College, which is specifically disallowed by the rule of the House (see Rangel Center).

Mr. John's case in DuPage County was eventually dismissed in December of 2012. The judge who dismissed the case was Hollis Webster. Prior to joining the judiciary, Webster worked for Hinshaw and Culbertson which was the national litigation partner of Servicemaster during this time and was hired by C. William Pollard in this role. She retired four days after dismissing the case but the Court of Appeals reversed on two counts.

The case then went on to be assigned to Judge Kenneth Popejoy. Wheaton College filed suit against Mr. John and that case was, after a substitution of judge, also assigned to Popejoy. Prior to joining the judiciary Mr. Popejoy had a small firm with a partner, James Huck, then Huck went on to form Huck Bouma. Later on Mr. Pollard joined Mr. Huck at Huck Bouma. Wheaton College has now, inexplicably, been granted a dismissal of Mr. John's case and default judgment on their counterclaim by Judge Popejoy.

As a side note, there is now proof that Mr. John's student records were in fact released by Phil Ryken, the president of Wheaton College. Two trustees, David Gieser and Mac Airhart, have both admitted that Ryken released the records and credited his inexperience.

Before going further I would like to note that none of the information in this letter came from documents covered by a protective order or any other type of confidentiality, and most are publicly available. Once again, in my opinion, these issues are all related and ultimately are all connected to child abuse. ███████████████████████████████████████████████████ Garth Bolinder is a graduate of Wheaton College and his uncle, George Olsen, was Mr. Hastert's wrestling coach at Wheaton College. Mr. Bolinder is also a pastor in the Evangelical Covenant Church and is alleged to have been removed from his church although nobody knows the reason behind his removal, he was since given a supervisory job where he does not have a congregation. Had Mr. Hastert told the truth about Wheaton College interfering with his business deals with Mr. John this would have had

an effect on the custody proceedings in Arkansas. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. In January of 2011 Mr. Hastert referred to the Bolinder family as "disturbing", yet he participated in sending an innocent child to their custody in exchange for a lobbying contract.

To me Mr. Hastert is part of dangerous culture within the Christian community and, more specifically, at Wheaton College. While the actions of Mr. Hastert, Pollard and Ryken are wrong in any setting I, as a Christian, consider them to have more weight in the context of a Christian organization because many people impute a certain level of trust with Christian organizations and their leadership.

As an illustration of the complicity of Wheaton College, their attorney, Christian Poland of Bryan Cave, has filed an appearance in the qui tam case against Dennis Hastert. Mr. Poland has few clients outside of Wheaton College and has no qui tam experience at all. In my opinion Mr. Poland is there to protect the secrets of Wheaton College. Wheaton College may even be paying for Mr. Poland's services, on behalf of Mr. Hastert, from their endowment. Surely Mr. Hastert has no reason to hire such an inexperienced attorney if he is paying the fees.

I would be remiss if I did not point out that I allege that only the leadership of Wheaton College is guilty in this case. The faculty and student body is as fine a group of people that you will ever meet and the leadership has not involved them in any of these decisions, they cannot be held responsible for the actions of bad leadership.

Too many people in leadership have a sense of entitlement and to the extent that they are not punished in the same way as the poor, there is a negative effect on the public's view of the legal system. If anything Mr. Hastert knew the law he violated and his motivation was to cover up truly disturbing criminal acts. Please consider turning a blind eye to his fame and know that many children and their families have been hurt beyond recovery by Mr. Hastert. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Nothing can reverse the effects of Mr. Hastert's actions against children but a light sentence would harm the victims even further.

Sincerely,

Reverend David Libby
coachlibby.61@gmail.com

Case: 1:15-cr-00315 Document #: 82 Filed: 04/14/16 Page 4 of 4 PageID #:803
Case: 1:15-cr-00315 Document #: 55 Filed: 12/15/15 Page 1 of 1 PageID #:150

FILED
DEC 15 2015
12-15-2015
Judge Thomas M. Durkin
United States District Court



# C. WILLIAM POLLARD

1116 N. Stoddard
Wheaton, Il 60187
December 11, 2015

Honorable Thomas Durkin
U.S. District Judge
United States Courthouse
Clerks Office
219 S. Dearborn St.
Chicago, IL 60604

RE: U.S. v. Dennis Hastert, 15 CR 315

Dear Judge Durkin:

I am writing this letter to you as a friend of Dennis Hastert. I have known Speaker Hastert for over 30 years. During his years of service to our country as a Congressman from Illinois and then as his term as Speaker of the House of Representatives, he was known as a man of integrity – a person who you could trust.

While his current situation may reflect mistakes in how he structured withdrawals from his bank accounts, he is not a deceitful person.

The prosecution of this case has been a very painful experience for him and his family. As you come to this time of determining an appropriate sentence, I encourage you to consider his years of faithful and trustworthy service to our country. In light of his recent hospital stay, I would hope that probation in lieu of confinement would be considered in determining his sentence.

Thank you for your consideration of this request.

Sincerely,

C. William Pollard
Chairman Emeritus
The ServiceMaster Company