Mr. Richard J. Kunkel
555 College Street
Wadsworth, Ohio 44281-1181

15CR315

FILED
APR 27 2016
4-27-16
Judge Thomas M. Durkin
United States District Court

April 25th, 2016

Sirs:

I am guessing you have received letters from present and past member of the GOP top shelf people, telling you how nice Dennis Hastert is, and how he has suffered enough, and so on. So that you will go easy on his sentencing.

I am here to tell you the opposite. It should NOT matter a person's age, humiliation, or health IF YOU BROKE THE LAW. And abuse of minors, sexual abuse, is a horrible crime. That this man was speaker of the house is criminal in itself. If he agrees to losing all his government pensions as part of his sentencing, he should be sentenced to at least 15 years in prison, not in a country club or a jail. If he refuses to surrender his pensions, then the sentence should be 30 years with no parole.

We may never know how many young boys he abused, but we do know that he did it. Age has not kept other criminals from facing consequences, nor have health. Nor has the adage 'they have suffered enough through humiliation'. What a crock! I'm SURE he doesn't mind the humiliation IF HE STAYS OUT OF JAIL.

But am writing to you to say that I believe he should b held accountable for his crimes. If the statue of limitations is past (and it sure wasn't for many Catholic priests when it comes to sexual crimes), then his illegal money cover-ups should receive more than the maximum penalties. And should be treated the same way – forfeit your pension and take 10 years in a real prison, or 20 years with no parole.

Since when do child molesters get breaks? The man has done good? John Gacey entertained kids at parties. Many criminals are devoted family men, but ones who do horrible things.

What makes this all the worse, Hastert himself championed for strict punishment for sexual offenders:

"While in Congress, Mr. Hastert also was an outspoken advocate for severe punishment of anyone convicted of abusing minors. He helped push legislation in 2006 that required states to expand sex offender registers, as he declared that "protecting our children from Internet predators and child exploitation enterprises are just as high a priority as securing our border from terrorists."

"While defendant achieved great success, reaping all the benefits that went with it," Zachary T. Fardon, the United States attorney for the Northern District of Illinois, wrote in a court filing this month, "these boys struggled, and all are still struggling now with what defendant did to them."

That is from the NY Times, 4/23/16. His hypocrisy is astounding.

This man needs serious punishment, not 'humiliation'. If he is not punished severely, it sends a clear message to pedophiles: wait long enough, and you will only be 'humiliated', not punished. You went after priests, you should not stop here.

Mr. Richard J. Kunkel



CLEVELAND OH 440
25 APR 2016 PM 7 L

Judge Thomas M. Durkin
U.S. Courthouse
327 South Church Street
Rockford
ILL.   61101

r.j.k.
555 college st.
wadsworth
oh. 44281-1181