

15CR 315



FILED

APR 27 2016
4-27-16
Judge Thomas M. Durkin
United States District Court

To: Judge Thomas Durkin, N. Dist. Ct. of Ill.
   c/o Sandy Newland, Crtrm. Deputy

Dear Judge Durkin:

I am communicating as many others have on behalf of former Spk. Hastert whom I have known for almost 10 years. I initially met the former Speaker as he was leaving Congress and my executive search firm worked to identify opportunities on the 'outside', so to speak. I have obviously have no knowledge of the current charges, but all I can say is Dennis Hastert was great to work with and I count him as a friend and mentor. He was a great candidate, was extremely communicative, and exhibited great humility any time I was with him. Without exception, he was one of the best candidates I had in my 25 year career as an executive recruiter and wish I had more like him.

I cannot imagine how difficult this process must be for you to come to a 'fair' result. I personally always sensed a 'goodness' about the man - hard to think of him doing any 'evil' (though some of the greatest like King David in the 'Good Book' offers us insight, of course; and the great Apostle Paul said, 'When I would do good, evil is present with me'), but all of us are susceptible to almost anything outside of the good Lord's grace and conviction.

One other quick thought, mostly anecdotal in nature. Whenever I talked w/ Democratic Lawyers or Lobbyists in the DC Market, without exception, if they had worked w/ the former Speaker or his office, they always appreciated the fairness of D. Hastert's approach to the process and his willingness to at least give them an audience (something missed here in DC now...). Thanks for reading and considering. God bless,

T.Murphy, Oper. Mem.
HGS,LLC