# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 15 CR 315 |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| John Dennis Hastert | ) | |

## ORDER

It is ordered that the defendant, John Dennis Hastert surrender to the designated institution on June 22, 2016 by 2:00 p.m.

Date: 5/19/2016 /s/ Thomas M. Durkin